Thank you very much. Thank you. MS. It is my great pleasure to introduce to you the President of the United States of America,